UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICKYAS BERHANEMESKEL,<br><br>    Plaintiff,<br><br>    v.<br><br>PROBATION OFFICER POLKAWOSKI, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01963-ART-EJY<br><br>**ORDER** |

On October 10, 2025, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Specifically, Plaintiff's IFP fails to include his trust fund account statement for the previous six-month period. Even if Plaintiff has not been in the custody of the Southern Desert Correctional Center ("SDCC") facility a full six-month period, Plaintiff must submit his trust fund account statement for the dates he has been at SDCC. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **December 29, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **December 29, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

1 | Plaintiff to file his case with the Court, under a new case number, when he is able to comply with
2 | LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.
3 |     IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1)
4 | but will not file it at this time.
5 |     Dated this 27th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE