UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| MICKYAS BERHANEMESKEL, | Case No. 2:25-cv-01963-ART-EJY |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| PROBATION OFFICER POLKAWOSKI, et al., | |
| Defendants. | |

On November 17, 2025, the Court received returned mail indicating Plaintiff has been paroled and, therefore, can no longer be contacted through the Southern Desert Correctional Center. ECF Nos. 7, 8. A review of the Nevada Department of Corrections inmate database shows Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with the Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id.* Failure of a *pro se* party to update his or her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, IT IS HEREBY ORDERED that Plaintiff must update his address with the Court no later than **December 18, 2025**.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

DATED this 18th day of November, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE