UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICKYAS BERHANEMESKEL,

Plaintiff,

v.

PROBATION OFFICER POLKAWOSKI, et al.,

Defendants.

Case No. 2:25-cv-01963-ART-EJY

**REPORT AND RECOMMENDATION**

This action was initiated on October 10, 2025 when Plaintiff, proceeding *pro se*, filed an incomplete Application to Proceed *in forma pauperis* ("IF") together with a Complaint. ECF Nos. 1, 1-1. On October 29, 2025, Plaintiff filed a complete IFP application including his financial certificate and inmate trust fund account statement. ECF No. 4. On November 13, 2025, the Court granted the IFP application and screened the Complaint recommending certain claims be dismissed with prejudice and dismissing certain claims without prejudice but with leave to file an amended complaint no later than December 15, 2025. ECF No. 5. On November 17, 2025, mail sent to Plaintiff was returned indicating "Undeliverable PAR – CN.V." ECF Nos. 7, 8. On November 18, 2025, the Court issued an Order instructing Plaintiff to update his address no later than December 18, 2025. ECF No. 9. The Court explained that failure to comply with the Order will result in a recommendation to dismiss this action without prejudice. *Id.*

As of the date of this Recommendation, Plaintiff has not updated his address or filed an amended complaint; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed in its entirety without prejudice but without leave to amend.

Dated this 2nd day of February, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).