UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICKYAS BERHANEMESKEL,

Plaintiff,

v.

PROBATION OFFICER POLKAWOSKI, et al.,

Defendants.

Case No. 2:25-cv-01963-ART-EJY

ORDER

Mr. Berhanemeskel asserts a claim arising out of his imprisonment for violating terms of his probation. (ECF No. 1-1.) Mr. Berhanemeskel alleges that he was falsely arrested and imprisoned for home invasion, for which he was later acquitted, in addition to asserting claims for malicious prosecution and cruel and unusual punishment. (*Id.*)

On November 13, 2025, United States Magistrate Judge Elayna J. Youchah granted Mr. Berhanemeskel's IFP application, screened the complaint, and issued a Report and Recommendation ("R&R") dismissing certain claims with prejudice but granting leave to file an amended complaint no later than December 15, 2025. (ECF No. 5.) On November 17, 2025, mail sent to Mr. Berhanemeskel was returned as undeliverable. (ECF Nos. 7, 8.) On November 18, 2025, Judge Youchah ordered Mr. Berhanemeskel to update his address no later than December 18, 2025, explaining that a failure to do so would result in a recommendation that his case be dismissed without prejudice. (ECF No. 9.) On February 2, 2026, Judge Youchah issued the present R&R recommending that the action be dismissed in its entirety without prejudice but without leave to amend for failure to update his address, file an amended complaint, or otherwise communicate with the Court. (ECF No. 11.)

1

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). Mr. Berhanemeskel has still not updated his address nor objected to the R&R.

It is therefore ordered that this action is DISMISSED without prejudice.

It is further ordered that the Report and Recommendation (ECF No. 11) is ADOPTED.

It is further ordered that the Report and Recommendation from November 13, 2025, (ECF No. 5) is DENIED as moot.

The Clerk is kindly ordered to close the case.

Dated this 13th day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2